UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SANDRA V., | Civil No. 3:20-CV-05562-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

It is hereby ORDERED that the case shall be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further develop the record; reevaluate the medical opinion evidence; reevaluate the claimant's residual functional capacity; provide a narrative discussion with citation to the record for the restrictions in the residual functional capacity were derived; give the claimant an opportunity for a hearing; and issue a new decision. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

DATED this 17th day of February, 2021.

_____
Mary Alice Theiler
United States Magistrate Judge

1

2   Presented by:

3   s/ David J. Burdett
    DAVID J. BURDETT
4   Special Assistant United States Attorney
    Office of the General Counsel
5   Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
6   Seattle, WA 98104-7075
    Telephone:  (206) 615-2522
7   Fax:  (206) 615-2531
    david.burdett@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24